# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORGE CHAVEZ, | : | Civil No. 1:24-CV-00345 |
| Petitioner, | : | |
| v. | : | |
| WARDEN ARVIZA, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 8th day of July, 2024, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241, Doc. 1, is **DISMISSED** as moot.

2. The Clerk of Court shall **CLOSE** this case.

                                              s/Jennifer P. Wilson
                                              JENNIFER P. WILSON
                                              United States District Judge
                                              Middle District of Pennsylvania